# Stephens, Joseph

**Subject:** FW: Re: CONFIDENTIAL: PRIVATE COMMUNICATION

---

**From:** Whittaker, Faith <faith.whittaker@dinsmore.com>
**Sent:** Friday, February 11, 2022 3:18:03 PM
**To:** Wesley Fortune <wfortune@wtflegal.com>
**Subject:** RE: CONFIDENTIAL: PRIVATE COMMUNICATION

Wes,

I hope all is well with you too. ███████████████████████████

We cannot agree to allow you to substitute in as Counsel in the remaining action against Abuelo's and we will oppose a motion for you to substitute in as trial counsel.

Thanks,

Faith

**Faith C. Whittaker**
Partner,  Employment Practices Group Chair
**Dinsmore & Shohl LLP**  •  Legal Counsel
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8491  •  **F** (513) 977-8141